MIDCONN BANK *v.* WALTER H. BUTLER ET AL.

The defendant Walter H. Butler's petition for certification for appeal from the Appellate Court, 41 Conn. App. 904 (AC 15088), is denied.

*Walter H. Butler,* pro se, in support of the petition.

*Suzann L. Beckett,* in opposition.

Decided June 17, 1996

LESLIE SRAGER ET AL. *v.* ELLIOT KOENIG ET AL.

The plaintiffs' petition for certification for appeal from the Appellate Court, 41 Conn. App. 905 (AC 14500), is denied.

*John Timbers,* in support of the petition.

*Christopher C. Vaugh,* in opposition.

Decided June 17, 1996

DELORES D. STEWART *v.* LEROY STEWART

The plaintiff's petition for certification for appeal from the Appellate Court, 41 Conn. App. 906 (AC 13252/ 13876), is denied.